AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

Kerry Simmons

        Plaintiff

V.

Maria Mayo, et al.

        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 10-2306 (KSH)

    Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

    IT IS ORDERED that the application is:

☒ GRANTED, and

☒ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____
_____

ENTER this 4th day of September, 2010

_____
Signature of Judicial Officer

Katharine S. Hayden, U.S.D.J.
Name and title of Judicial Officer